## VALIDITY OF PAYMENTS TO A BANKRUPT.

Circuit Court of Hamilton County.

W. L. MERSFELDER, TRUSTEE, v. PETERS CARTRIDGE COMPANY.

Decided, April 9, 1910.

*Bankruptcy—Payments by a Debtor to Bankrupt After Filing of Petition, are Valid, When.*

Payments made by a debtor to a bankrupt in good faith after the filing of the petition in bankruptcy but before the adjudication thereon, and payments made for services rendered after the filing of the petition, and payments made subsequent to the adjudication where

based upon an uncompleted contract for personal services involving the exercise of skill•upon which reliance was had, are not recoverable by the trustee in bankruptcy from the debtors by whom such payments were made.

*Kelley & Hauck,* for plaintiff in error.
*Morse, Tuttle & Harper,* contra.

GIFFEN, P. J.; SWING, J., and SMITH, J., concur.

The first payment made by defendant in error to Anton Mill, a bankrupt, and which the trustee in bankruptcy seeks to recover, was made the day after the petition in bankruptcy was filed, and long before adjudication. The payment having been made in good faith, the trustee in bankruptcy under the law of 1898 can not recover it from the defendant in error, the debtor.

The second payment, made subsequent to adjudication, was for services rendered after the petition in bankruptcy was filed, and hence not the proceeds of property transferable or seizable at the time of filing, and did not vest in the trustee.

The third payment, although made after adjudication, was based upon an uncompleted contract for personal service, involving the exercise of skill, upon which reliance was had. Such contract did not pass to the trustee. *1 Remington on Bankruptcy,* Sections 994, 1132 and 1134.

The judgment will be affirmed.